IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| JEREMY POCHAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br><br>      Plaintiff,<br><br>vs.<br><br>UHG I LLC, JOINTLY AND SEVERALLY; AND WELTMAN WEINBERG & REIS CO LPA, JOINTLY AND SEVERALLY;<br><br>      Defendants, | 2:23-CV-01138-MJH |

ORDER

Upon consideration of WWR and UHG's Motion to Dismiss (ECF No. 10), the respective briefs (ECF Nos. 11, 20, and 25), and for reasons stated in this Court's Opinion (ECF No. 27), Defendants' Motion to Dismiss is granted. The Court finds that any amendment would be futile, and Mr. Pochan's Amended Complaint is dismissed. The Clerk shall mark this case closed.

DATED this 17th day of July, 2024.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge